# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: HOSTELAND, DAVID L | § | Case No. 15-33393 |
| HOSTELAND, REBECCA J | § | |
| | § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1.  A petition under Chapter 7 of the United States Bankruptcy Code was filed on September 30, 2015.  The undersigned trustee was appointed on September 08, 2016.

2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3.  All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554.  An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4.  The trustee realized the gross receipts of            $              72,943.19

Funds were disbursed in the following amounts:

Payments made under an
  interim distribution                                    0.00
Administrative expenses                                   0.00
Bank service fees                                       316.91
Other payments to creditors                               0.00
Non-estate funds paid to 3rd Parties                      0.00
Exemptions paid to the debtor                             0.00
Other payments to the debtor                              0.00

Leaving a balance on hand of [1]      $              72,626.28

The remaining funds are available for distribution.

5.  Attached as **Exhibit B**  is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed.  The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category.  The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6.  The deadline for filing  non-governmental claims in this case was 12/20/2016 and the deadline for filing governmental claims was 12/20/2016.  All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C** .

7. The Trustee's proposed distribution is attached as **Exhibit D** .

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $6,897.16.  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $6,897.16, for a total compensation of $6,897.16.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $6.56, for total expenses of $6.56.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 02/10/2017            By:/s/THOMAS E. SPRINGER, TRUSTEE
                                      Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

| | |
|---|---|
| **Case Number:** 15-33393 | **Trustee:** (330640) THOMAS E. SPRINGER, TRUSTEE |
| **Case Name:** HOSTELAND, DAVID L | **Filed (f) or Converted (c):** 09/30/15 (f) |
| HOSTELAND, REBECCA J | **§341(a) Meeting Date:** 10/26/15 |
| **Period Ending:** 02/10/17 | **Claims Bar Date:** 12/20/16 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | 1319 N. Randall Rd, Aurora, IL 60506, Value obtained from epprasail; | 163,639.00 | 0.00 | | 0.00 | FA |
| 2 | Saving Account with DuPage Credit Union ending in 000 | 5.00 | 0.00 | | 0.00 | FA |
| 3 | Checking Account with DuPage Credit Union ending in 388 | 19.20 | 0.00 | | 0.00 | FA |
| 4 | Checking Account with DuPage Credit Union ending in 540 | 329.35 | 0.00 | | 0.00 | FA |
| 5 | Checking Account with Dupage Credit Union ending in 208 | 16.26 | 0.00 | | 0.00 | FA |
| 6 | Savings Account with Mountain America Credit Union ending in 667 | 15.00 | 0.00 | | 0.00 | FA |
| 7 | Capital One ending in 8303 | 110.31 | 0.00 | | 0.00 | FA |
| 8 | Capital One ending in 9386 | 5.25 | 0.00 | | 0.00 | FA |
| 9 | DuPage Credit Union ending in 208 | 16.26 | 0.00 | | 0.00 | FA |
| 10 | USAA account ending in | 26.33 | 0.00 | | 0.00 | FA |
| 11 | USAA account number ending in 2685 | 25.63 | 0.00 | | 0.00 | FA |
| 12 | USAA Saving Account ending in 2693 | 176.33 | 0.00 | | 0.00 | FA |
| 13 | Everyday household goods | 1,000.00 | 0.00 | | 0.00 | FA |
| 14 | Everyday apparel | 500.00 | 0.00 | | 0.00 | FA |
| 15 | Gold Braclet | 500.00 | 0.00 | | 0.00 | FA |
| 16 | Wedding Ring | 300.00 | 0.00 | | 0.00 | FA |
| 17 | Whole Term Policy with State Farm | 6,000.00 | 0.00 | | 0.00 | FA |
| 18 | Profit Sharing Plan, Shares in United Healthcare | 4,477.55 | 0.00 | | 0.00 | FA |
| 19 | IRA account with New York Life account ending in 161 | 13,000.00 | 0.00 | | 0.00 | FA |
| 20 | 401(k) held with Fidelity | 63,258.20 | 0.00 | | 0.00 | FA |
| 21 | 2013 Kia Soul 14,000 miles | 8,883.00 | 0.00 | | 0.00 | FA |
| 22 | 2010 Toyota Prius 78,000 miles Good condition | 6,888.00 | 0.00 | | 0.00 | FA |

Exhibit A

# Form 1

Page: 2

## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** 15-33393 | **Trustee:** (330640) THOMAS E. SPRINGER, TRUSTEE |
| **Case Name:** HOSTELAND, DAVID L | **Filed (f) or Converted (c):** 09/30/15 (f) |
| HOSTELAND, REBECCA J | **§341(a) Meeting Date:** 10/26/15 |
| **Period Ending:** 02/10/17 | **Claims Bar Date:** 12/20/16 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 23 | Cadet Lawn Mower/tractor | 1,000.00 | 0.00 | | 0.00 | FA |
| 24 | Inheritance check  (u)<br>    Listed on Debtor's Amended Schedule B<br>Debtor reduced turnover by his claimed exemption of<br>$4,000 | 76,943.19 | 72,943.19 | | 72,943.19 | FA |
| **24** | **Assets    Totals** (Excluding unknown values) | **$347,133.86** | **$72,943.19** | | **$72,943.19** | **$0.00** |

**Major Activities Affecting Case Closing:**

    Trustee submitted TFR to UST 1/24/17.  No estate tax returns needed per accountant.

**Initial Projected Date Of Final Report (TFR):**    April 15, 2017        **Current Projected Date Of Final Report (TFR):**    January 24, 2017  (Actual)

Exhibit B

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| Case Number: | 15-33393 | | Trustee: | THOMAS E. SPRINGER, TRUSTEE (330640) |
|---|---|---|---|---|
| Case Name: | HOSTELAND, DAVID L | | Bank Name: | Rabobank, N.A. |
| | HOSTELAND, REBECCA J | | Account: | ****051366 - Checking Account |
| Taxpayer ID #: | **-***6234 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 02/10/17 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 09/30/16 | {24} | Hosteland, David via The Rogers<br>Law Group NFP | Liquidation of Personal Property | 1229-000 | 72,943.19 | | 72,943.19 |
| 10/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 101.14 | 72,842.05 |
| 11/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 111.45 | 72,730.60 |
| 12/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 104.32 | 72,626.28 |

|  |  |  |
|---|---|---|
| **ACCOUNT TOTALS** | **72,943.19** | **316.91** | **$72,626.28** |
| Less: Bank Transfers | 0.00 | 0.00 |
| **Subtotal** | **72,943.19** | **316.91** |
| Less: Payments to Debtors | | 0.00 |
| **NET Receipts / Disbursements** | **$72,943.19** | **$316.91** |

| | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | |
| **Checking # ****051366** | 72,943.19 | 316.91 | 72,626.28 |
| | **$72,943.19** | **$316.91** | **$72,626.28** |

Printed: 02/10/2017 10:10 AM    V.13.28

# E X H I B I T  C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** December 20, 2016

**Case Number:** 15-33393  
**Debtor Name:** HOSTELAND, DAVID L

Page: 1

**Date:** February 10, 2017  
**Time:** 10:10:48 AM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 200 | THOMAS E. SPRINGER, TRUSTEE<br>300 S. County Farm Rd., Ste.I<br>Wheaton, IL 60187 | Admin Ch. 7 | | $6,897.16 | $0.00 | 6,897.16 |
| 200 | THOMAS E. SPRINGER, TRUSTEE<br>300 S. County Farm Rd., Ste.I<br>Wheaton, IL 60187 | Admin Ch. 7 | | $6.56 | $0.00 | 6.56 |
| 1<br>610 | Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH 43054-3025 | Unsecured | | $4,997.12 | $0.00 | 4,997.12 |
| 2<br>610 | Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH 43054-3025 | Unsecured | | $11,077.92 | $0.00 | 11,077.92 |
| 3<br>610 | DuPage Credit Union<br>PO Box 3930<br>Naperville, IL 60567 | Unsecured | | $12,946.20 | $0.00 | 12,946.20 |
| 4<br>610 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Unsecured | | $18,024.82 | $0.00 | 18,024.82 |
| 5<br>610 | American Express Bank FSB<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern, PA 19355-0701 | Unsecured | | $827.95 | $0.00 | 827.95 |
| 6<br>610 | Citibank, N.A.<br>c/o American InfoSource LP<br>PO Box 248840<br>Oklahoma City, OK 73124-8840 | Unsecured | | $503.75 | $0.00 | 503.75 |
| 7<br>620 | Barclays Bank Delaware<br>c/o Scott K. Brown, Lewis, Roca Rothgerb<br>201 E. Washington Ave.<br>Phoenix, AZ 85004 | Unsecured | | $22,939.27 | $0.00 | 22,939.27 |
| << Totals >> | | | | 78,220.75 | 0.00 | 78,220.75 |

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 15-33393
Case Name: HOSTELAND, DAVID L
Trustee Name: THOMAS E. SPRINGER, TRUSTEE

**Balance on hand:**                              $            72,626.28

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|-----------|----------|----------------|-------------------------|--------------------------|------------------|
| None |  |  |  |  |  |

Total to be paid to secured creditors:    $            0.00
Remaining balance:                        $            72,626.28

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|------------------|-----------------|--------------------------|------------------|
| Trustee, Fees - THOMAS E. SPRINGER, TRUSTEE | 6,897.16 | 0.00 | 6,897.16 |
| Trustee, Expenses - THOMAS E. SPRINGER, TRUSTEE | 6.56 | 0.00 | 6.56 |

Total to be paid for chapter 7 administration expenses:    $            6,903.72
Remaining balance:                                         $            65,722.56

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|------------------|-----------------|--------------------------|------------------|
| None |  |  |  |

Total to be paid for prior chapter administrative expenses:    $            0.00
Remaining balance:                                             $            65,722.56

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|----------|----------|-------------------------|--------------------------|------------------|
| None |  |  |  |  |

Total to be paid for priority claims:    $            0.00
Remaining balance:                       $            65,722.56

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

**UST Form 101-7-TFR (05/1/2011)**

Timely claims of general (unsecured) creditors totaling $ 48,377.76 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | 4,997.12 | 0.00 | 4,997.12 |
| 2 | Discover Bank | 11,077.92 | 0.00 | 11,077.92 |
| 3 | DuPage Credit Union | 12,946.20 | 0.00 | 12,946.20 |
| 4 | Capital One Bank (USA), N.A. | 18,024.82 | 0.00 | 18,024.82 |
| 5 | American Express Bank FSB | 827.95 | 0.00 | 827.95 |
| 6 | Citibank, N.A. | 503.75 | 0.00 | 503.75 |

Total to be paid for timely general unsecured claims:  $        48,377.76

Remaining balance:  $        17,344.80

Tardily filed claims of general (unsecured) creditors totaling $ 22,939.27 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 75.6 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 7 | Barclays Bank Delaware | 22,939.27 | 0.00 | 17,344.80 |

Total to be paid for tardy general unsecured claims:  $        17,344.80

Remaining balance:  $              0.00

**UST Form 101-7-TFR (05/1/2011)**

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $    0.00

Remaining balance:    $    0.00

**UST Form 101-7-TFR (05/1/2011)**