UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| **DAVID L. HOSTELAND AND** | ) | Bankruptcy No. 15-33393 DRC |
| **REBECCA J. HOSTELAND,** | ) | |
| | ) | |
| Debtor(s). | ) | |

## CERTIFICATE OF SERVICE

The undersigned certifies that on February 14, 2017, I served by prepaid first class mail or via electronic service as indicated a copy of the Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR) on all parties listed below at the addresses contained therein.

**VIA ECF SERVICE**

Patrick S. Layng
US Trustee
219 S. Dearborn Street
Room 873
Chicago, IL 60604

RICK L ROGERS
THE ROGERS LAW GROUP
707 LAKE COOK ROAD
SUITE 312
DEERFIELD, IL 60015

**VIA REGULAR MAIL**

David and Rebecca Hosteland
1319 N. RANDALL RD
AURORA, IL 60506

Citibank, N.A.
c/o American InfoSource LP
PO Box 248840
Oklahoma City, OK 73124-8840

Discover Bank
Discover Products Inc
PO Box 3025
New Albany, OH 43054-3025

American Express Bank FSB
c/o Becket and Lee LLP
PO Box 3001
Malvern, PA 19355-0701

DuPage Credit Union
PO Box 3930
Naperville, IL 60567

Capital One Bank (USA), N.A.
PO Box 71083
Charlotte, NC 28272-1083

/s/ THOMAS E. SPRINGER, TRUSTEE
THOMAS E. SPRINGER, Trustee
300 S. County Farm Rd., Ste.I
Wheaton, IL 60187
Phone: (630) 510-0000