# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: HOSTELAND, DAVID L | § | Case No. 15-33393 |
| HOSTELAND, REBECCA J | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

THOMAS E. SPRINGER, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2)  A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned:  $270,190.67
*(without deducting any secured claims)*

Assets Exempt:  $115,331.66

Total Distribution to Claimants:$65,722.56

Claims Discharged
Without Payment: $5,594.47

Total Expenses of Administration:$7,220.63

3)  Total gross receipts of $      72,943.19    (see **Exhibit 1** ), minus funds paid to the debtor and third parties of $        0.00    (see **Exhibit 2**), yielded net receipts of  $72,943.19 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4** ) | 0.00 | 7,220.63 | 7,220.63 | 7,220.63 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from**Exhibit 5** ) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from**Exhibit 6** ) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from**Exhibit 7**) | 73,629.00 | 71,317.03 | 71,317.03 | 65,722.56 |
| **TOTAL DISBURSEMENTS** | $73,629.00 | $78,537.66 | $78,537.66 | $72,943.19 |

4)  This case was originally filed under Chapter 7 on September 30, 2015. The case was pending for 23 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6)  An individual estate property record and report showing the final accounting of the assets of the estate is attached as  **Exhibit 8** .  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as  **Exhibit 9** .

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _09/01/2017_____   By: _/s/THOMAS E. SPRINGER, TRUSTEE____

Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 −GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Inheritance check | 1229-000 | 72,943.19 |
| **TOTAL GROSS RECEIPTS** | | $72,943.19 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 −FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $0.00 |

## EXHIBIT 3 −SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 4 −CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - THOMAS E. SPRINGER, TRUSTEE | 2100-000 | N/A | 6,897.16 | 6,897.16 | 6,897.16 |
| Trustee Expenses - THOMAS E. SPRINGER, TRUSTEE | 2200-000 | N/A | 6.56 | 6.56 | 6.56 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 101.14 | 101.14 | 101.14 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 111.45 | 111.45 | 111.45 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 104.32 | 104.32 | 104.32 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | |
|---|---|---|---|
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | N/A | $7,220.63 | $7,220.63 | $7,220.63 |

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | | None | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | N/A | | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank | 7100-000 | 4,315.00 | 4,997.12 | 4,997.12 | 4,997.12 |
| 2 | Discover Bank | 7100-000 | 10,900.00 | 11,077.92 | 11,077.92 | 11,077.92 |
| 3 | DuPage Credit Union | 7100-000 | 14,993.00 | 12,946.20 | 12,946.20 | 12,946.20 |
| 4 | Capital One Bank (USA), N.A. | 7100-000 | 16,992.00 | 18,024.82 | 18,024.82 | 18,024.82 |
| 5 | American Express Bank FSB | 7100-000 | 239.00 | 827.95 | 827.95 | 827.95 |
| 6 | Citibank, N.A. | 7100-000 | 5,074.00 | 503.75 | 503.75 | 503.75 |
| 7 | Barclays Bank Delaware | 7200-000 | 21,116.00 | 22,939.27 | 22,939.27 | 17,344.80 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $73,629.00 | $71,317.03 | $71,317.03 | $65,722.56 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

# Form 1
## Individual Estate Property Record and Report
### Asset Cases

Page: 1

| Case Number: | 15-33393 | Trustee: | (330640) | THOMAS E. SPRINGER, TRUSTEE |
| --- | --- | --- | --- | --- |
| Case Name: | HOSTELAND, DAVID L | Filed (f) or Converted (c): | 09/30/15 (f) | |
| | HOSTELAND, REBECCA J | §341(a) Meeting Date: | 10/26/15 | |
| Period Ending: | 09/01/17 | Claims Bar Date: | 12/20/16 | |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1  1319 N. Randall Rd, Aurora, IL 60506, Value obtained from epprasail; | 163,639.00 | 0.00 | | 0.00 | FA |
| 2  Saving Account with DuPage Credit Union ending in 000 | 5.00 | 0.00 | | 0.00 | FA |
| 3  Checking Account with DuPage Credit Union ending in 388 | 19.20 | 0.00 | | 0.00 | FA |
| 4  Checking Account with DuPage Credit Union ending in 540 | 329.35 | 0.00 | | 0.00 | FA |
| 5  Checking Account with Dupage Credit Union ending in 208 | 16.26 | 0.00 | | 0.00 | FA |
| 6  Savings Account with Mountain America Credit Union ending in 667 | 15.00 | 0.00 | | 0.00 | FA |
| 7  Capital One ending in 8303 | 110.31 | 0.00 | | 0.00 | FA |
| 8  Capital One ending in 9386 | 5.25 | 0.00 | | 0.00 | FA |
| 9  DuPage Credit Union ending in 208 | 16.26 | 0.00 | | 0.00 | FA |
| 10  USAA account ending in | 26.33 | 0.00 | | 0.00 | FA |
| 11  USAA account number ending in 2685 | 25.63 | 0.00 | | 0.00 | FA |
| 12  USAA Saving Account ending in 2693 | 176.33 | 0.00 | | 0.00 | FA |
| 13  Everyday household goods | 1,000.00 | 0.00 | | 0.00 | FA |
| 14  Everyday apparel | 500.00 | 0.00 | | 0.00 | FA |
| 15  Gold Braclet | 500.00 | 0.00 | | 0.00 | FA |
| 16  Wedding Ring | 300.00 | 0.00 | | 0.00 | FA |
| 17  Whole Term Policy with State Farm | 6,000.00 | 0.00 | | 0.00 | FA |
| 18  Profit Sharing Plan, Shares in United Healthcare | 4,477.55 | 0.00 | | 0.00 | FA |
| 19  IRA account with New York Life account ending in 161 | 13,000.00 | 0.00 | | 0.00 | FA |
| 20  401(k) held with Fidelity | 63,258.20 | 0.00 | | 0.00 | FA |
| 21  2013 Kia Soul 14,000 miles | 8,883.00 | 0.00 | | 0.00 | FA |
| 22  2010 Toyota Prius 78,000 miles Good condition | 6,888.00 | 0.00 | | 0.00 | FA |

Exhibit 8

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| | | |
|---|---|---|
| Case Number: | 15-33393 | |
| Case Name: | HOSTELAND, DAVID L | |
| | HOSTELAND, REBECCA J | |
| Period Ending: | 09/01/17 | |

| | | |
|---|---|---|
| Trustee: | (330640) | THOMAS E. SPRINGER, TRUSTEE |
| Filed (f) or Converted (c): | 09/30/15 (f) | |
| §341(a) Meeting Date: | 10/26/15 | |
| Claims Bar Date: | 12/20/16 | |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 23 | Cadet Lawn Mower/tractor | 1,000.00 | 0.00 | | 0.00 | FA |
| 24 | Inheritance check  (u)<br>    Listed on Debtor's Amended Schedule B<br>Debtor reduced turnover by his claimed exemption of<br>$4,000 | 76,943.19 | 72,943.19 | | 72,943.19 | FA |
| 24 | **Assets** **Totals** (Excluding unknown values) | **$347,133.86** | **$72,943.19** | | **$72,943.19** | **$0.00** |

**Major Activities Affecting Case Closing:**

      Trustee submitted TFR to UST 1/24/17.  No estate tax returns needed per accountant.

**Initial Projected Date Of Final Report (TFR):**       April 15, 2017          **Current Projected Date Of Final Report (TFR):**       January 24, 2017  (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 15-33393 | **Trustee:** THOMAS E. SPRINGER, TRUSTEE (330640) |
| **Case Name:** HOSTELAND, DAVID L | **Bank Name:** Rabobank, N.A. |
| HOSTELAND, REBECCA J | **Account:** ****051366 - Checking Account |
| **Taxpayer ID #:** **-***6234 | **Blanket Bond:** $5,000,000.00 (per case limit) |
| **Period Ending:** 09/01/17 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 09/30/16 | {24} | Hosteland, David via The Rogers Law Group NFP | Liquidation of Personal Property | 1229-000 | 72,943.19 | | 72,943.19 |
| 10/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 101.14 | 72,842.05 |
| 11/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 111.45 | 72,730.60 |
| 12/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 104.32 | 72,626.28 |
| 03/17/17 | 101 | Discover Bank | Dividend paid 100.00% on $4,997.12; Claim# 1; Filed: $4,997.12; Reference: | 7100-000 | | 4,997.12 | 67,629.16 |
| 03/17/17 | 102 | Discover Bank | Dividend paid 100.00% on $11,077.92; Claim# 2; Filed: $11,077.92; Reference: | 7100-000 | | 11,077.92 | 56,551.24 |
| 03/17/17 | 103 | DuPage Credit Union | Dividend paid 100.00% on $12,946.20; Claim# 3; Filed: $12,946.20; Reference: | 7100-000 | | 12,946.20 | 43,605.04 |
| 03/17/17 | 104 | Capital One Bank (USA), N.A. | Dividend paid 100.00% on $18,024.82; Claim# 4; Filed: $18,024.82; Reference: | 7100-000 | | 18,024.82 | 25,580.22 |
| 03/17/17 | 105 | American Express Bank FSB | Dividend paid 100.00% on $827.95; Claim# 5; Filed: $827.95; Reference: | 7100-000 | | 827.95 | 24,752.27 |
| 03/17/17 | 106 | Citibank, N.A. | Dividend paid 100.00% on $503.75; Claim# 6; Filed: $503.75; Reference: | 7100-000 | | 503.75 | 24,248.52 |
| 03/17/17 | 107 | Barclays Bank Delaware | Dividend paid 75.61% on $22,939.27; Claim# 7; Filed: $22,939.27; Reference: | 7200-000 | | 17,344.80 | 6,903.72 |
| 03/17/17 | 108 | THOMAS E. SPRINGER, TRUSTEE | COMBINED CHECK FOR TRUSTEE COMPENSATION, EXPENSES AND INTEREST | | | 6,903.72 | 0.00 |
| | | | Dividend paid 100.00%        6,897.16 on $6,897.16;  Claim# ; Filed: $6,897.16 | 2100-000 | | | 0.00 |
| | | | Dividend paid 100.00%           6.56 on $6.56;  Claim# ; Filed: $6.56 | 2200-000 | | | 0.00 |

| | | | | |
|---|---|---|---|---|
| **ACCOUNT TOTALS** | | 72,943.19 | 72,943.19 | $0.00 |
| Less: Bank Transfers | | 0.00 | 0.00 | |
| **Subtotal** | | 72,943.19 | 72,943.19 | |
| Less: Payments to Debtors | | | 0.00 | |
| **NET Receipts / Disbursements** | | **$72,943.19** | **$72,943.19** | |

Exhibit 9

## Form 2
### Cash Receipts And Disbursements Record

Page: 2

| | | |
|---|---|---|
| **Case Number:** | 15-33393 | |
| **Case Name:** | HOSTELAND, DAVID L | |
| | HOSTELAND, REBECCA J | |
| **Taxpayer ID #:** | **-***6234 | |
| **Period Ending:** | 09/01/17 | |

| | |
|---|---|
| **Trustee:** | THOMAS E. SPRINGER, TRUSTEE (330640) |
| **Bank Name:** | Rabobank, N.A. |
| **Account:** | ****051366 - Checking Account |
| **Blanket Bond:** | $5,000,000.00   (per case limit) |
| **Separate Bond:** | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | |
| **Checking # ****051366** | 72,943.19 | 72,943.19 | 0.00 |
| | $72,943.19 | $72,943.19 | $0.00 |

{} Asset reference(s)